UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO VANG, | No.  2:15-cv-2246 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTIO COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

On November 23, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.  Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vang2246.fta